IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THE VENUE EVENT CENTER, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:17-cv-00733 |
| ) | Judge Trauger |
| SL AIRPARK, LLC, ET AL., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The plaintiff's Motion to Reconsider (Docket No. 10) is GRANTED. This court's Order entered May 16, 2017 dismissing this case for failure by the plaintiff to file a timely response to the defendants' Motion to Dismiss (Docket No. 6) is VACATED, and the court will consider the plaintiff's response contained within its Motion to Reconsider.

The defendants may file a Reply, if they wish, by June 2, 2017.

It is so **ORDERED.**

Enter this 22nd day of May 2017.

_____
ALETA A. TRAUGER
U.S. District Judge