**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

The Venue Event Center, Inc.
Plaintiff,
v. Case No.: 3:17−cv−00733

SL Airpark, LLC, et al.
Defendant,

## ENTRY OF JUDGMENT

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/11/2017 re [15].

Keith Throckmorton, Clerk
s/ Angie Brewer, Deputy Clerk