**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | |
|---|---|
| **THE VENUE EVENT CENTER, INC.,**<br><br>**PLAINTIFF,**<br><br>**v.**<br><br>**SL AIRPARK, LLC, ET AL., DEFENDANTS.** | **CIVIL No. 3:17-cv-0733**<br><br>**Judge Trauger** |

## NOTICE OF APPEAL

* * * * *

**NOTICE** is hereby given that THE VENUE EVENT CENTER, INC., Plaintiff, in the above named Civil Case No. 3:17-CV-0733 hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered in this action on the 11th day of July, 2017.

Respectfully submitted,

s/Charles E. Walker

Charles E. Walker, BPR No. 021277
**WOODBINE LEGAL PC**
69 Thompson Lane
Nashville, Tennessee 37211
o: 615-367-5111 | f: 615-383-1154
E-Mail: charles@woodbinelegal.com
*Attorney for Plaintiff*



Case 3:17-cv-00733 Document 17 Filed 08/10/17 Page 1 of 2 PageID #: 96

## Certificate of Service:

I hereby certify that on August 10, 2017, I electronically filed the foregoing NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail address on file with the Court:

Tara L. Swafford
Elizabeth G. Hart
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
*Counsel for Defendant*

s/Charles E. Walker -
Charles E. Walker, BPR No. 021277