**IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION**

| | |
|---|---|
| **THE VENUE EVENT CENTER, INC.,**<br><br>**PLAINTIFF,**<br><br>**v.**<br><br>**SL AIRPARK, LLC, ET AL.,**<br>**DEFENDANTS.** | **CIVIL No. 3:17-cv-0733**<br>**CA No. 17-5928**<br><br>**Judge Trauger** |

## CERTIFICATE OF NO TRANSCRIPT

* * * * *

**COMES NOW** the Appellant, THE VENUE EVENT CENTER, INC., Plaintiff in this Court, in the above styled Civil Case No. 3:17-CV-0733, now designated CA No. 17-5928 in the Sixth Circuit Court of Appeals, and pursuant to FRAP 10(b)(1)(B) states that there is no transcript because the order was a ruling on the papers without a hearing.

Respectfully submitted,

s/Charles E. Walker -
Charles E. Walker, BPR No. 021277
**WOODBINE LEGAL PC**
69 Thompson Lane
Nashville, Tennessee 37211
o: 615-367-5111 | f: 615-383-1154
E-Mail: charles@woodbinelegal.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE:

I hereby certify that on August 10, 2017, I electronically filed the foregoing CERTIFICATE OF NO TRANSCRIPT with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail address on file with the Court:

Tara L. Swafford
Elizabeth G. Hart
The Swafford Law Firm, PLLC
207 Third Avenue North
Franklin, Tennessee 37064
*Counsel for Defendant*

s/Charles E. Walker -
Charles E. Walker, BPR No. 021277