**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: March 20, 2018

Mr. Keith Throckmorton
Middle District of Tennessee at Nashville
801 Broadway
Suite 800 U.S. Courthouse
Nashville, TN 37203

Re: Case No. 17-5928, *The Venue Event Center, Inc. v. Sl Airpark, LLC, et al*
Originating Case No. : 3:17-cv-00733

Dear Clerk:

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Amy E. Gigliotti for Michelle M. Davis
Case Manager
Direct Dial No. 513-564-7025

cc: Ms. Elizabeth Grace Hart
Ms. Tara L. Swafford
Mr. Charles E. Walker

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

---

No: 17-5928

---

Filed: March 20, 2018

THE VENUE EVENT CENTER, INC.

Plaintiff - Appellant

v.

SL AIRPARK, LLC; SL AIRPARK II, LLC

Defendants - Appellees

MANDATE

Pursuant to the court's disposition that was filed 02/26/2018 the mandate for this case hereby issues today.

COSTS: None